IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT KING                                                                                    PETITIONER

v.                                    NO. 5:11CV00161 JMM

RAY HOBBS, Director of the                                                        RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Ray Hobbs; all requested relief is denied.

IT IS SO ORDERED this   20   day of   Ocotber  , 2011.

_____
UNITED STATES DISTRICT JUDGE